LEON MENDELSON, Respondent, v. TEXTILE PUBLISHING COMPANY, a New York Corporation, Appellant.— Order affirmed, with ten dollars costs ·and dis‧bursements, with leave to defendant to serve an answer within twenty days from service of order, upon payment of said costs and ten dollars costs of motion at

Special Term. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.